**Order entered November 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00639-CV

## TORIANO MANDRELL KIRK, Appellant

## V.

## TANITA NASH ATKINS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-06824-B**

### ORDER

In response to our November 9, 2021 order directing him to file a supplemental clerk's record requested by appellant on October 21, 2021, Dallas County Clerk John F. Warren filed a letter stating appellant had not paid for the record. Before the Court is appellant's November 19, 2021 letter verifying payment was made by a cashier's check dated November 5, 2021. Accordingly, we again **ORDER** Mr. Warren to file the requested supplemental record. The record **SHALL BE FILED** no later than November 30, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE